BRIDGES *v.* CITY OF BILOXI, MISSISSIPPI.

No. 923.   Decided March 21, 1966.

*Upton Sisson* and *Forrest B. Jackson* for appellant.

*L. Arnold Pyle* and *Albert Sidney Johnston, Jr.,* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

KUKICH ET AL. *v.* SERBIAN EASTERN ORTHODOX CHURCH OF PITTSBURGH ET AL.

No. 931.   Decided March 21, 1966.

*Harry Alan Sherman* for appellants.

*Harry Edward Leas* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that in treating the papers as a petition for a writ of certiorari, certiorari should be granted.